IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANTHONY CHARLES GAINES, JR., #05966-033                                    PETITIONER

V.                                                                    CIVIL NO. 3:23-cv-294-CWR-LGI

WARDEN C. HARRISON                                                              RESPONDENT

## FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date,

**IT IS, HEREBY ORDERED AND ADJUDGED** that this cause filed pursuant to 28 U.S.C. § 2241 is dismissed with prejudice as to the jurisdictional issue and without prejudice in all other respects.

**SO ORDERED AND ADJUDGED** this the 11th day of September, 2023.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE